UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JOSEPH F. ROUSSEL, | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | 1:22-cv-00285-JAW |
| WILLIAM MAYO, et al., | ) ) ) | |
| Defendants | ) | |

## ORDER ON DISCOVERY ISSUE

On October 23, 2024, the Court conducted a telephonic hearing on a discovery issue. For the reasons stated on the record, the Court finds that Defendants' expert witness designation is sufficient.  Defendants are not required to supplement the designation.

## NOTICE

Any objections to this Order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 23rd day of October, 2024.