UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| JOSEPH ROUSSEL,<br>　　　　Plaintiff<br><br>v.<br><br>WILLIAM MAYO, et al.,<br>　　　　Defendants | Docket No.  1:22-CV-00285-JAW |

## DEFENDANT ROBERT YOUNG'S NOTICE OF INTENT TO FILE MOTION FOR SUMMARY JUDGMENT

NOW COMES the Defendant, Robert Young, through counsel, and pursuant to F.R.Civ. P. 56(h)(2), hereby provides notice to the Court that he intends to file a motion for summary judgment. In this motion, the Defendant Young intends to address all claims alleged against him in the Complaint. Defendant Young requests a pre-filing conference with the Court to further discussion their motion for summary judgment.

Dated:  November 20, 2024

/s/ Michael Lichtenstein
Michael Lichtenstein, Esq.

/s/ Peter Marchesi
Wheeler & Arey, P.A.
Attorneys for Defendant Robert Young
27 Temple Street
Waterville, ME   04901

UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| JOSEPH ROUSSEL,<br>        Plaintiff<br><br>v.<br><br>WILLIAM MAYO, et al.,<br>        Defendants | Docket No.  1:22-CV-00285-JAW |

## CERTIFICATE OF SERVICE

I, Michael Lichtenstein, hereby certify that:

- Defendant Robert Young's Notice of Intent to File Motion for Summary Judgment

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Michael E. Saucier, Esq.        *msaucier@lokllc.com*
    Frederick Costlow, Esq.        *fcostlow@rwlb.com*

Dated:  November 20, 2024        /s/ Michael Lichtenstein
                                                             Michael Lichtenstein, Esq.
                                                             Wheeler & Arey, P.A.
                                                             Attorneys for Defendants Cumberland
                                                             County, Joyce, and Kortes
                                                             27 Temple Street
                                                             Waterville, ME   04901