# State of Maine
## CEASE HARASSMENT NOTICE
[17-A M.R.S. § 506-A]

**EXHIBIT 3**

Date: July 5, 2022

Case #: 22-PI-1882

To: Joseph Roussel

Address: [redacted]

You are forbidden from engaging, without reasonable cause, in any course of conduct with the intent to harass, torment or threaten the following person:

Name: William Bill Mayo

_Robert Young_
~~Deputy~~ Sheriff
Piscataquis County Sheriff's Department

**This notice is EFFECTIVE IMMEDIATELY and remains in effect for one year from the date of issuance. Your failure to abide by this notice may result in your being charged with the crime of Harassment.**

### SERVICE

I, _____, being a duly sworn law enforcement officer, have served this notice in hand to the above-named _____ on _____ at _____ hours.

_____
Police Officer / Deputy Sheriff / State Trooper

### ACKNOWLEDGEMENT

I acknowledge receipt of this notice.

_____

☐ Refused to Sign Acknowledgement

*Original to person served • Pink copy to complainant • Yellow copy to department*